**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Leyna L. Phillips, | : | Case No. _____ |
| Plaintiff, | : | (Hon. _____) |
| vs. | : | **<u>NOTICE OF REMOVAL</u>** |
| Mark I. Barnes, | : | Heidi N. Hartman (0074293) |
| | | EASTMAN & SMITH LTD. |
| Defendant. | : | One SeaGate, 24th Floor |
| | | P.O. Box 10032 |
| | : | Toledo, OH  43699-0032 |
| | | Telephone:  (419) 241-6000 |
| | : | Facsimile:  (419) 247-1777 |
| | | Email:  HNHartman@eastmansmith.com |
| | : | |
| | | Attorneys for Defendant |
| | : | Mark I. Barnes |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Mark I. Barnes ("Defendant")

files this Notice of Removal of this action from the Common Pleas Court of Hancock County,

Ohio, where it is now pending, to the United States District Court for the Northern District of Ohio,

Western Division.

1.      This action was commenced on October 7, 2019 by the filing of the Complaint in

the Common Pleas Court of Hancock County, Ohio.  This action was entitled *Leyna L. Phillips v.*

*Mark I. Barnes, et. al.* and was assigned Case No. 2019-CV-00388 on the docket of that Court.

Northwestern Mutual Investment Services, LLC was initially named as a defendant but has been dismissed through a Notice of Dismissal filed on October 31, 2019.

2.      The Summons and Complaint were served upon Defendant on November 20, 2019. This Notice of Removal is being filed within thirty (30) days after receipt by Defendant and is timely filed in accordance with 28 U.S.C. § 1446(b).

3.      From the face of the Complaint, it is apparent that plaintiff alleges claims that arise under federal law; specifically, the Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000 *et seq.* Because plaintiff's Title VII claim arises under the laws of the United States, it falls within the Court's original jurisdiction under the provisions of 28 U.S.C. §1331 and is removable to this Court pursuant to 28 U.S.C. §1441(a).

4.      The remaining state law claim asserted in the Complaint forms part of the same case or controversy. Without admitting the validity or sufficiency of the allegations asserted in the Complaint, the state law claims and federal claims derive from a common nucleus of operative facts and normally would be tried in one judicial proceeding. Thus, the Court may exercise supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. §1367(a) and 1441(c).

5.      Copies of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit A pursuant to 28 U.S.C. § 1446(a).

6.      Defendant has not yet moved, pleaded, or otherwise answered plaintiff's Complaint.  Defendant will do so within the time provided by Fed. R. Civ. P. 81(c).

WHEREFORE, Defendant Mark I. Barnes requests that the Court enter this case on its docket and entertain such further proceedings herein as may be proper and authorized by law.

2

5062502.1

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Heidi N. Hartman
Heidi N. Hartman (0074293)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, OH  43699-0032
Telephone:  (419) 241-6000
Facsimile:   (419) 247-1777
Email:  HNHartman@eastmansmith.com

Attorneys for Defendant
Mark I. Barnes

## PROOF OF SERVICE

A copy of the foregoing has been electronically filed on December 18, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

/s/ Heidi N. Hartman
Attorney for Defendant
Mark I. Barnes

3

5062502.1